**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**JUAN DIEGO TORRES ALDANA**          **CASE NO.  1:26-CV-01176 SEC P**

**VERSUS**                            **JUDGE EDWARDS**

**WARDEN ALEXANDRIA**                 **MAGISTRATE JUDGE DAVID J. AYO**
**STAGING FACILITY**

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge (Doc. 13) having been considered, no objections thereto having been filed, and finding the recommendation to be correct under applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Petition for Writ of Habeas Corpus filed by Juan Diego Torres Aldana is DENIED and DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE in Chambers on this 8th day of July, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE